**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JANEEN NEWLAND,<br><br>        Plaintiffs,<br><br>   v.<br><br>PNC FINANACIAL SERVICES GROUP, INC.,<br><br>        Defendant. | Case No.: 1:19-cv-02970<br><br><br>Judge Dan Aaron Polster<br>Magistrate Judge Jonathan D. Greenberg |

### NOTICE OF SETTLEMENT

Plaintiff JANEEN NEWLAND notifies this Court that Plaintiff and Defendant PNC FINANACIAL SERVICES GROUP, INC., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for thirty (30) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 18th day of February 2020.

By: */s/ Adam T. Hill*
Adam T. Hill
Law Office of Jeffrey Lohman
4740 Green River Road, Ste. 310
Corona, CA 92880
Tel:657-236-3525
Email: adamh@jlohman.com
Attorney for Plaintiff, JANEEN NEWLAND

- 1 -

## **CERTIFICATE OF SERVICE**

I certify that on February 18, 2020, I filed Plaintiff, JANEEN NEWLAND's Notice of Settlement using the CM/ECF system, and a copy of the foregoing was served on Defendant via U.S. Mail through the following:

H. Toby Schisler, Esq. (0068306)
DINSMORE & SHOHL, LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax: (513) 977-8141
toby.schisler@dinsmore.com

David A. Zulandt, Esq. (0095516)
DINSMORE & SHOHL, LLP
1001 Lakeside Avenue, Suite 990
Cleveland, OH 44114
Phone: (216) 413-3851
Fax: (216) 413-3839
david.zulandt@dinsmore.com

*ATTORNERYS FOR DEFENDANT*
PNC FINANACIAL SERVICES GROUP, INC.

By: */s/ Adam T. Hill*
Adam T. Hill
Law Office of Jeffrey Lohman
4740 Green River Road, Ste. 310
Corona, CA 92880
Tel: 657-236-3525
Email: adamh@jlohman.com
Attorney for Plaintiff, JANEEN NEWLAND

NOTICE OF SETTLEMENT