# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JANEEN NEWLAND,<br><br>   Plaintiff,<br><br>v.<br><br>PNC FINANCIAL SERVICES GROUP, INC.,<br><br>   Defendants. | Case No: 1:19-cv-02970<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Janeen Newland ("Plaintiff"), and Defendant PNC Financial Services Group, Inc. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, pursuant to an executed settlement between the parties and with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

Dated: March 17, 2020

| | |
|---|---|
| */s/ Adam T. Hill*<br>Adam T. Hill<br>The Law Offices of Jeffrey Lohman, P.C.<br>28544 Old Town Front Street, Suite 201<br>Temecula, CA 92590<br>P: (657) 363-4699<br>F: (657) 272-8944<br>E: AdamH@jlohman.com<br>*Counsel for Plaintiff* | */s/ H. Toby Schisler (with permission)*<br>H. Toby Schisler, Esq. (0068306)<br>DINSMORE & SHOHL, LLP<br>255 East Fifth Street, Suite 1900<br>Cincinnati, Ohio 45202<br>Phone: (513) 977-8200<br>Fax: (513) 977-8141<br>Email: toby.schisler@dinsmore.com<br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of March, I electronically filed the foregoing Joint Stipulation of Dismissal using the CM/ECF System, which will notify the following registered parties:

H. Toby Schisler, Esq. (0068306)
DINSMORE & SHOHL, LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax: (513) 977-8141
toby.schisler@dinsmore.com
*COUNSEL FOR DEFENDANT*
David A. Zulandt (0095516)
DINSMORE & SHOHL, LLP
1001 Lakeside Avenue, Suite 990
Cleveland, OH 44114
Phone: (216) 413-3838
Fax: (216) 413-3839
david.zulandt@dinsmore.com
*COUNSEL FOR DEFENDANT*

*/s/ Adam T. Hill*
Adam T. Hill
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front Street, Suite 201
Temecula, CA 92590
P: (657) 363-4699
F: (657) 272-8944
E: AdamH@jlohman.com
*Counsel for Plaintiff*