# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JANEEN NEWLAND,<br><br>       Plaintiff,<br><br>v.<br><br>PNC FINANCIAL SERVICES GROUP, INC.*,*<br><br>       Defendants. | Case No: 1:19-cv-02970<br><br>**ORDER DISMISSAL** |

## ORDER OF DISMISSAL

Plaintiff, Janeen Newland ("Plaintiff"), and Defendant, PNC Financial Services Group, Inc., ("Defendant"), having filed a Joint Notice of Settlement and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claim against Defendant are DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

SO ORDERED.

Date: 3/19/2020

s/*Dan Aaron Polster*
Dan Aaron Polster
United States District Judge